# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carroll Murraybey,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                3:11-cv-288

W. Erwin Spainhour, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2012 Order.

                                        Signed: January 11, 2012

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court